IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE TEMPEST, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCOTT EMEIGH et al., | : | No. 21-3346 |
| Defendants. | : | |

## ORDER

AND NOW, this **11th** day of **April**, **2022**, upon consideration of Cpl. Patrick Dawe, Lt. James Thomas, and Col. Robert Evanchick's Motion to Dismiss Plaintiff's Amended Complaint and Plaintiff Joanne Tempest's response thereto, it is hereby **ORDERED** that the motion (ECF No. 10) is **DENIED**. It is **FURTHER ORDERED** that Cpl. Dawe, Lt. Thomas, and Col. Evanchick's earlier Motion to Dismiss filed in connection with the initial Complaint (ECF No. 5) is **DENIED** as moot.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**